IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| BRADLEY WILLIAMSON and CAROLINE WILLIAMSON | : : : | CIVIL ACTION |
| Plaintiffs, | : : | |
| v. | : : | |
| CHUBB INDEMNITY INSURANCE COMPANY Defendant. | : : | NO. 11-cv-6476 |

## ORDER

AND NOW, on this 8th day of March, 2012, upon careful consideration of Defendants' Motion to Dismiss or, in the Alternative, for Summary Judgment (ECF No. 3) and the parties' briefing—and for the reasons in the accompanying Memorandum—it is hereby ORDERED that:

(1) Defendants' Motion is GRANTED insofar as it seeks to dismiss the breach of contract claim and stay the bad faith claim.

(2) Defendants' alternative Motion for Summary Judgment is DENIED.

(3) Plaintiffs are directed to appoint an appraiser within twenty (20) days of the date of this Order and to otherwise comply with the terms of the insurance policy's appraisal provisions before seeking redress in court.  Further litigation in this matter is stayed pending the outcome of the appraisal process.

(4) The Clerk of Court is directed to transfer the case to the Civil Suspense File.

(5) The case shall be marked closed for statistical purposes.

(6) The Court shall retain jurisdiction over the case and the case shall be returned to the Court's active docket upon further order of the Court.

(7) The entry of this Order shall not prejudice the rights of the parties to this litigation.

BY THE COURT:

/s/ Michael M. Baylson

_____

Michael M. Baylson, U.S.D.J.

O:\CIVIL 11-12\11-6476 Chubb v. Williamson\Chubb Order on MTD.wpd