IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| BRADLEY WILLIAMSON and CAROLINE WILLIAMSON | : : : | CIVIL ACTION |
| Plaintiffs, | : : | |
| v. | : : | |
| CHUBB INDEMNITY INSURANCE COMPANY | : : : | |
| Defendant. | : | NO. 11-cv-6476 |

### ORDER

**AND NOW**, on this 17th day of June, 2013, Defendant's Motion for Confirmation of Appraisal Award is **GRANTED.** The Court will defer any decision on Defendant's Motion for Summary Judgment .

                                                                **BY THE COURT:**

                                                                **/s/ Michael M. Baylson**

                                                                **Michael M. Baylson, U.S.D.J.**