IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **BRADLEY WILLIAMSON and CAROLINE WILLIAMSON,**  <br><br>      Plaintiffs,  <br><br>      v.  <br><br>**CHUBB INDEMNITY INSURANCE COMPANY,**  <br><br>      Defendant. | **CIVIL ACTION**  <br><br><br><br>**NO. 11-cv-6476** |

## ORDER DENYING DEFENDANTS' MOTION TO DISMISS THE AMENDED COMPLAINT PURSUANT TO FED. R. CIV. P. 12(b)(6)

**AND NOW**, this 19th day of December 2013, upon consideration of Defendant Chubb Indemnity Insurance Company's Motion to Dismiss (ECF 26), Plaintiffs' Response in Opposition to Defendant's Motion to Dismiss (ECF 28), and Defendant's Reply to Plaintiff's Response in Opposition (ECF 29), it is hereby **ORDERED** that Defendant's Motion to Dismiss is **DENIED**.

                                                                            BY THE COURT:

                                                                            /s/ Michael M. Baylson
                                                                            _____
                                                                            **MICHAEL M. BAYLSON, U.S.D.J.**

O:\CIVIL 11\11-6476 williamson v. chubb\Order Denying D's Mot to Dismiss.docx